NO. 07-03-0070-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JUNE 24, 2003

_____

DAVID GRIFFIN, DEAN FRANKS AND MISTY CEDILLO,
INDIVIDUALLY AND D/B/A COPY NET, APPELLANTS

V.

OFFICE LINE, INC., APPELLEE

_____

FROM THE 72ND DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2002-519,695; HONORABLE BLAIR CHERRY, JR., JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION

Appellants David Griffin, Dean Franks, and Misty Cedillo, individually and d/b/a

Copy Net, Inc. filed a Motion to Dismiss Appeal on June 13, 2003, indicating the parties

have settled.

Without passing on the merits of the case, appellants' motion for dismissal is

granted and the appeal is hereby dismissed. Tex. R. App. P. 42.1. Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, all costs incurred are adjudged against the party incurring the same, and our mandate will issue forthwith.


Phil Johnson
Chief Justice